```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

**ERIC DE'JUAN JONES, #50222**                                       **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO.: 3:05-CV-208BN**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS,**
**CHRISTOPHER EPPS, E.L. SPARKMAN, AND**
**JOHN DOES**                                                        **DEFENDANTS**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and the Opinion and Order signed **July 27, 2005,** this action is hereby dismissed, without prejudice.

SO ORDERED this the 27th day of December, 2005.

                                    s/William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE